# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: 1:25-mj-00036-GMH All Defendants

Case title: USA v. SANCHEZ-GARCIA                    Date Filed: 03/11/2025

Assigned to: Magistrate Judge G. Michael Harvey

**Defendant (1)**

| | |
|---|---|
| **LUDDIS NORELIA SANCHEZ-GARCIA** | represented by **Tezira Abe**<br>FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF COLUMBIA<br>625 Indiana Ave NW<br>Suite 550<br>Washington, DC 20004<br>202-208-7500<br>Email: tezira_abe@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in violation of 8:1325(a)(1) | |

**Plaintiff**

| | |
|---|---|
| USA | represented by **Megan Elizabeth McFadden**<br>DOJ-USAO |

601 D Street NW
Washington, DC 20579
202-486-2659
Email: megan.mcfadden@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/2025 | | Arrest (Rule 5) of LUDDIS NORELIA SANCHEZ-GARCIA on Warrant issued by United States District Court for the Western District of Texas executed on 03/10/2025. (zljn) (Entered: 03/11/2025) |
| 03/11/2025 | 1 | Arrest Warrant Returned Executed on 03/10/2025 as to LUDDIS NORELIA SANCHEZ-GARCIA. Warrant issued out of El Paso, Texas. (Attachments: # 1 Complaint)(zljn) (Entered: 03/11/2025) |
| 03/11/2025 | | ORAL MOTION to Appoint Counsel by LUDDIS NORELIA SANCHEZ-GARCIA. (zltp) (Entered: 03/12/2025) |
| 03/11/2025 | | ORAL MOTION for Temporary Detention by USA as to LUDDIS NORELIA SANCHEZ-GARCIA. (zltp) (Entered: 03/12/2025) |
| 03/11/2025 | | ORAL MOTION for Release from Custody by LUDDIS NORELIA SANCHEZ-GARCIA. (zltp) (Entered: 03/12/2025) |
| 03/11/2025 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: Initial Appearance in Rule 5 Proceedings as to LUDDIS NORELIA SANCHEZ-GARCIA held on 3/11/2025. Oral Motion to Appoint Counsel as to LUDDIS NORELIA SANCHEZ-GARCIA (1); heard and granted. The Court advised the Government of its Due Process Obligations under Rule 5(f). Notice of Right to Consular Notification given to Defendant; Defendant declines Consular Notification. Continued Initial Appearance in Rule 5 Hearing set for 3/12/2025 at 1:00 PM in Courtroom 6- In Person before Magistrate Judge G. Michael Harvey. Bond Status of Defendant: Defendant held without Bond; Court Reporter: FTR GOLD; FTR Time Frame: CTRM 6: [4:40:57 - 5:32:11]; Defense Attorney: Tezira Abe; US Attorney: Megan McFadden; Pretrial Officer: Da'Shanta Lewis. (zltp) (Entered: 03/12/2025) |
| 03/12/2025 | | Set/Reset Hearings as to LUDDIS NORELIA SANCHEZ-GARCIA: **TIME CHANGE** Continued Initial Appearance in Rule 5 Hearing rescheduled to 3/12/2025 at 4:00 PM in Telephonic/VTC before Magistrate Judge G. Michael Harvey. (zltp) (Entered: 03/12/2025) |
| 03/12/2025 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: Continued Initial Appearance in Rule 5 Proceedings as to LUDDIS NORELIA SANCHEZ-GARCIA held on 3/12/2025. Oral Motion by Government for Temporary Detention as to LUDDIS NORELIA SANCHEZ-GARCIA (1); heard and denied. Oral Motion for Release from Custody as to LUDDIS NORELIA SANCHEZ-GARCIA (1); heard and granted. Defendant ordered to report to the U.S. District Court of the Western District of Texas within 30 days of release from custody. Bond Status of Defendant: Defendant Released/Release Issued; Court Reporter: FTR GOLD; FTR Time Frame: CTRM 6: [4:36:05 - 5:57:30]; Defense Attorney: Tezira Abe; US Attorney: Megan McFadden; Pretrial Officer: Daniel Higgins;Interpreter: Manuela Crisp. (zltp) (Entered: 03/14/2025) |
| 03/12/2025 | 4 | WAIVER of Rule 5(c)(3) Hearings by LUDDIS NORELIA SANCHEZ-GARCIA. (zltp) (Entered: 03/14/2025) |

| 03/12/2025 | 5 | ORDER Setting Conditions of Release as to LUDDIS NORELIA SANCHEZ-GARCIA (1) Personal Recognizance. Signed by Magistrate Judge G. Michael Harvey on 3/12/2025. (Attachments: # 1 Appearance Bond) (zltp) (Entered: 03/14/2025) |
|---|---|---|

Case 3:25-mj-00788-ATB   Document 3   Filed 03/11/25   Page 3 of 4

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America )
v. )
Luddis Novelia Sanchez-Garcia )
*Defendant* )

Case No. 25-MJ-36

Charging District's Case No.

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 3/11/2025

_Luddis Sanchez_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

_Ezra Abe_
*Printed name of defendant's attorney*